J. R. LEWIS AND EDWIN J. MILLER, APPELLANTS,
v. LAURA BURNS, ALSO KNOWN AS BABE
ROAN, RESPONDENT.

No. 3363

March 20, 1942.                     123 P. (2d) 732.

*J. R. Lewis,* of Las Vegas, for Appellants.

*Harold M. Morse* and *Madison B. Graves,* both of
Las Vegas, for Respondent.

# OPINION

By the Court, ORR, J.:

This case is before us on motion to strike the bill of
exceptions, and motion for leave to substitute a certified
copy of the judgment roll.

The facts are the same as those presented in similar
motions in the case of Lewis, et al. v. Williams, No. 3362,
61 Nev. 253, 123 P. (2d) 730, this day decided.

For the reasons given in case No. 3362, it is ordered
that the bill of exceptions filed herein be stricken, and
that the motion for leave to file a certified copy of the
judgment roll is denied.